# THIS IS AN ADVERTISEMENT
# FOR LEGAL SERVICES

Mail Distribution
4915 Piedmont Pkwy., Ste. 104
Jamestown, NC 27282




neopost
05/03/2016
US POSTAGE $000.45²
FIRST-CLASS MAIL
PRSRT
ZIP 27105
041L12203056

244
Mr. Aaron Cruthis
1739 Laurie Dr
Haw River, NC 27258-8735

Lanier Law Group, P. A.          DAJLSMP 27258

Important information you need to know BEFORE talking to the at-fault driver's insurance company.


Lisa Lanier

When it's your health, your time, your money at stake:

HIRE A
# HEAVYWEIGHT℠

We'll put an entire team of legal professionals in YOUR corner.

**Lanier LAW GROUP, P.A.**

Offices in:
Asheville, Burlington, Charlotte, Durham, Fayetteville, Greensboro, Greenville, Raleigh, Wilmington, Winston-Salem

**Call 24 hrs.**
1-888-CONSULT

We'll come to you anywhere in NC!



| | Asheville<br>603 Biltmore Avenue<br>Asheville, NC 28803<br>Phone: (828) 412-3503 | Charlotte<br>10130 Mallard Creek Road<br>Suite 110<br>Charlotte, NC 28262<br>Phone: (704) 341-5558 | Fayetteville<br>1304 Fort Bragg Road<br>Fayetteville, NC 28305<br>Phone: (910) 484-3333 | Greenville<br>108 W. Firetower Road<br>Suite H<br>Winterville, NC 28590<br>Phone: (252) 757-7777 | Wilmington<br>1213 Culbreth Drive<br>Suite 202<br>Wilmington, NC 28405<br>Phone: (910) 256-4445 |
|---|---|---|---|---|---|
| | Burlington<br>1148 S. Church Street<br>Burlington, NC 27216<br>Phone: (336) 506-1041 | Durham<br>600 South Duke Street<br>Durham, NC 27701<br>Phone: (919) 682-2111 | Greensboro<br>222 S. Swing Road<br>Suite 6<br>Greensboro, NC 27409<br>Phone: (336) 855-8554 | Raleigh<br>207 W. Millbrook Road<br>Suite 215<br>Raleigh, NC 27609<br>Phone: (919) 848-2000 | Winston-Salem<br>250 Executive Park Blvd.<br>Suite 107<br>Winston-Salem, NC 27103<br>Phone: (336) 760-9996 |

# THIS IS AN ADVERTISEMENT FOR LEGAL SERVICES

May 3, 2016

Mr. Aaron Cruthis
1739 Laurie Dr
Haw River, NC  27258-8735

Dear Mr. Aaron Cruthis:

It has come to my attention through public records that you were recently involved in a motor vehicle accident.  I am enclosing a copy of the police report for your convenience.   I have 20 years of experience in dealing with claims against drivers and I know how to deal with their insurance company. If you suffered injuries as a result of the accident, you may have legal rights to compensation for your **time missed from work**, your **medical bills**, **your pain and suffering**, and your **permanent physical injury**, among other things.

Know your rights. You do not have to give the adjuster a recorded statement or sign anything. An insurance adjuster may come knocking on your door trying to get you to sign a release in exchange for an immediate check. You are signing away your legal rights when you sign any kind of release.  The adjuster may use tactics to avoid paying you the money you may deserve. We can help. Put our experienced team to work for you. We can help you with:

- **property damage** and rental car issues
- **medical treatment** – finding the right doctor
- **health insurance** issues – getting your medical bills paid even if you do not have health insurance.

We are tough but compassionate and believe in treating our clients fairly. The vast majority of our cases settle without ever filing a lawsuit.

Please call **1-888-CONSULT (1-888-266-7858)** today for a <u>**free consultation**</u>.  We have offices all over the state. If none of our locations are convenient then WE WILL COME TO YOU!

With best wishes, I am

*[signature]*

Lisa Lanier
Attorney At Law

**EXHIBIT 6**

Business Office | 4915 Piedmont Parkway | Suite 104 | Jamestown, NC 27282 | Phone: (336) 478-1034
www.HireAHeavyweight.com

244

## Auto Accidents
## Medical Malpractice
## Workers' Compensation
## Nursing Home Negligence
## Wrongful Death
## Social Security Disability


**Lanier**
LAW GROUP, P.A.

### Locations

**Asheville**
603 Biltmore Avenue
Asheville, NC 28803
Phone: (828) 412-3503

**Burlington**
1148 S. Church Street
Burlington, NC 27216
Phone: (336) 506-1041

**Charlotte**
10130 Mallard Creek Road
Suite 110
Charlotte, NC 28262
Phone: (704) 341-5558

**Durham**
600 South Duke Street
Durham, NC 27701
Phone: (919) 682-2111

**Fayetteville**
1304 Fort Bragg Road
Fayetteville, NC 28305
Phone: (910) 484-3333

**Greensboro**
222 S. Swing Road
Suite 6
Greensboro, NC 27409
Phone: (336) 855-8554

**Greenville**
108 W. Firetower Road
Suite H
Winterville, NC 28590
Phone: (252) 757-7777

**Raleigh**
207 W. Millbrook Road
Suite 215
Raleigh, NC 27609
Phone: (919) 848-2000

**Wilmington**
1213 Culbreth Drive
Suite 202
Wilmington, NC 28405
Phone: (910) 256-4445

**Winston-Salem**
250 Executive Park Blvd.
Suite 107
Winston-Salem, NC 27103
Phone: (336) 760-9996

Call 24 hrs:
**1-888-CONSULT** (1-888-266-7858)
**www.HireAHeavyweight.com**

© 2010 Lanier Law Group, P.A.

---



When it's **your health**, your time, your money at stake:

# HIRE A HEAVY-WEIGHT

We go toe-to-toe with insurance companies every day!

**Lanier** LAW GROUP, P.A.

Lisa Lanier

---

## Things You Need To Know About Your Claim

> **You may need to call the at-fault driver's insurance company to set up the claim.** Do not assume that the other driver will do so.

> **An adjuster will investigate the claim;** he or she may need a copy of the police report, and to talk with the person they insure who caused the accident, as well as any witnesses.

## Warnings!

> **You do not have to give a recorded interview.** Beware of any request that you give one. Even when the other driver is clearly at fault, the interview may provide a reason to deny your claim. The adjuster may try to show that you could have avoided the accident.

> **Beware of the insurance adjuster who insists on coming to meet you face to face,** then presents a check and offers to settle your injury claim. You may be asked to sign away your rights to future recovery for a nominal sum that may be far less than your case is worth.

> **The adjuster will tell you he or she is there to help you and be fair to you.** Remember who he or she works for. You may be discouraged from contacting an attorney. And once you sign a release, your claim is over, no matter what happens later. It is too late if you contact an attorney after signing a release.

## Taking Care of Your Health and Protecting Your Rights.

Being in an accident is never fun. At the very least, it's an annoyance; in more serious cases it can create terrible medical and financial hardships.

At Lanier Law Group, P.A., we've helped thousands of accident victims, and understand how difficult and potentially traumatic the whole process can be.

This brochure outlines some of the important issues you should consider in the aftermath of an accident. It does not provide legal advice specific to your situation. Please feel free to call us if you have questions about your insurance claim.

**No Attorney Fee Unless You Collect**

**www.HireAHeavyweight.com**

Hablamos Español

Case 1:16-cv-00542-LCB-LPA   Document 1-6   Filed 05/27/16   Page 4 of 8

# Your Resources for Compensation

### 1 The At-Fault Driver's Liability Insurance

> **Pays for Your Property Damage.** The responsible insurance company will pay for the repairs to your vehicle and provide you with a rental car for the time that you are without a car UNLESS your car is a total loss. A total loss occurs when your car is not repairable OR when the costs of the repairs exceed 60-75% of the fair market value of your car. Even if you owe the bank more than the car is worth, the law only requires that the insurance company pay you the amount that the vehicle is worth. We can help with the damage to your vehicle.

> **Pays for Your Bodily Injuries.** After you have completed all medical treatment, the insurance company will usually settle your case in one lump sum. You may be entitled to recover for: MEDICAL BILLS, LOST INCOME, PAIN & SUFFERING, MENTAL ANGUISH, DISFIGURING SCARS and PERMANENT PHYSICAL INJURY.

Insurance adjusters, judges and juries are not permitted to take your word for it that you were injured – they must look at your medical treatment. We are NOT suggesting that you seek medical treatment just to build an insurance claim, but if you don't get timely treatment for legitimate injuries, you likely will not be compensated for those injuries by the insurance company.

In addition, if the driver who caused the accident was intoxicated or charged with careless and reckless driving, you are likely entitled to recover punitive damages in addition to the usual compensatory damages.

### 2 Your Health Insurance

> **You should use your health insurance** even though the other driver's insurance may ultimately pay for your medical bills. The auto insurance does not usually pay for medical care as you go, but as part of a lump sum when you are at maximum medical improvement. Unpaid medical bills can adversely impact your credit rating. If you fail to use your health insurance, the unpaid bills will have to be paid out of your settlement.

### 3 Your Automobile Insurance

You should use your automobile insurance to the extent that you have this optional coverage:

> **Medical Payments Coverage.** Pays you the amount of your medical bills up to the pre-selected coverage amount. This coverage may be used even if you use your health insurance.

> **Uninsured/Underinsured Motorist Coverage.** With this option, if the other driver does not have sufficient insurance to cover all the injuries caused by the accident, your insurance steps in to compensate you for your injury.

> **Collision Coverage.** If the responsible insurance company is slow to accept liability and repair your car or pay you for the total loss of your car, then you may elect to file on your collision coverage. You will have to pay your deductible, but you can recover the deductible when the responsible insurance company accepts or is forced to accept liability.

For more information or to arrange a free consultation, call
**1-888-CONSULT**
(1-888-266-7858)



## A Team On Your Side

Lanier Law Group, P.A. is a Personal Injury POWERHOUSE. Utilizing the vast resources of our statewide practice, we assign a complete legal team to every case, and are able to offer every client intimate, personal attention. We are not just here to settle your case. We want to help with any problems you may face along the way.

We can help with your property damage, health insurance issues, or medical treatment questions. And if you need medical treatment but do not have health insurance, we can help you find a doctor.

Even if you are thinking of handling your claim on your own, do not hesitate to call us for a free consultation so that you are armed and ready to deal with the insurance company and its team of insurance and legal professionals.

# www.HireAHeavyweight.com

# DMV-349 (Rev. 1/2009)

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

No. of Units Involved: **2**
Form **1** of **3**
Supplemental Report: ☐
Non-Reportable: ☐
**20160430121**
Date Received by DMV: _(blank)_

## Crash Information
- Crash Date: **04/30/2016**
- County: **GUILFORD**
- Time: **14:22** (24 Hour Clock)
- Local Use/Patrol Area: **TRACT 239**

## Location
- 33 Relation to Roadway Surface: **1**
- Crash occurred: ☒ In / ☐ Near **GREENSBORO** (Municipality)
- ☐ outside municipality — Miles N S E W
- on **LCL W WENDOVER AV** (Highway Number, or Highway, Street)
- ☐ Ramp or Service Road
- (R.R. Crossing # _____)
- Miles **60** ft. ☒ N ☐ S ☒ E ☐ W (0 ft.=Intersection)
- at or from **I 40** ☒ N ☐ S ☒ E ☐ W toward **LCL BIG TREE WAY**
- Latitude: ___ Longitude: ___ Altitude: ___

## UNIT # 1 — ☒ VEHICLE ☐ PEDESTRIAN ☐ HIT & RUN ☒ COMMERCIAL VEHICLE (20)

- Driver: **AARON KENT CRUTHIS**
- Address: **1739 LAURIE DR**
- City: **HAW RIVER**  State: **NC**  Zip: **27258**
- Same Address on Driver's License? ☒ Yes ☐ No
- Driver's Phone H( ___ ) ___   W( ___ ) ___
- D.L. #: ___  CDL License ☐  D.L. Class: **A**  State: **NC**
- DOB: ___
- 34 Vision Obstruction: **0**
- 35 Physical Condition: **1**
- 36 D.L. Restrictions: **0**
- 37 Alcohol/Drugs Suspected: **0**
- 38 Alcohol/Drugs Test: **0**
- 39 Results (if known): **0**
- 40 Vehicle Seizure (DWI): ☐

- Owner: **TRISAL LEASING CO**  Same as Driver? ☐
- Address: **1301 S WALKER**  Same Address as Driver? ☐
- City: **OAKLAHOMA CITY**  State: **OK**  Zip: **73109**
- Plate #: **2RB144**  Plate State: **OK**  Plate Year: **2016**
- VIN: **HSDJSJR2CN086812**
- Vehicle Make: **INTL**  Vehicle Year: **2012**
- 41 Vehicle Style (Type): **13**
- 42 Vehicle Drivable: ☒ Yes ☐ No
- 43 TAD: **RFQ1**
- 44 Estimated Damage: **$500.00**
- Insurance Company: **SPECIALTY TRANSPORTATION INS**
- Policy #: **CIRCAL1000-15**

## UNIT # 2 — ☒ VEHICLE ☐ PEDESTRIAN ☐ HIT & RUN ☐ OTHER

- Driver: _[REDACTED]_
- Address: _[REDACTED]_
- City: _[REDACTED]_  State: _[REDACTED]_  Zip: _[REDACTED]_
- Same Address on Driver's License? ☐ Yes ☒ No
- Driver's Phone H( ___ ) ___   W( ___ ) ___
- D.L. #: _[REDACTED]_  CDL License ☐  D.L. Class: _[REDACTED]_  State: _[REDACTED]_
- DOB: _[REDACTED]_
- 34 Vision Obstruction: **0**
- 35 Physical Condition: **1**
- 36 D.L. Restrictions: _[REDACTED]_
- 37 Alcohol/Drugs Suspected: **0**
- 38 Alcohol/Drugs Test: **0**
- 39 Results (if known): **0**
- 40 Vehicle Seizure (DWI): ☐

- Owner: _[REDACTED]_  Same as Driver? ☐
- Address: _[REDACTED]_  Same Address as Driver? ☐
- City: _[REDACTED]_  State: _[REDACTED]_  Zip: _[REDACTED]_
- Plate #: _[REDACTED]_  Plate State: _[REDACTED]_  Plate Year: _[REDACTED]_
- VIN: _[REDACTED]_
- Vehicle Make: **FORD**  Vehicle Year: **1992**
- 41 Vehicle Style (Type): **1**
- 42 Vehicle Drivable: ☒ Yes ☐ No
- 43 TAD: **LBQ2**
- 44 Estimated Damage: **$2,500.00**
- Insurance Company: _[REDACTED]_
- Policy #: _[REDACTED]_

## 20 COMMERCIAL VEHICLE: Cargo, Carrier Name, Address, Source

- Unit: **1**
- 45 Cargo Body Type: **7**  ☒ Same Address as Owner?
- **TRISAL LEASING CO**
- **1301 S WALKER**
- **OAKLAHOMA CITY, OK 73109**
- Source: ☐ Truck  ☒ Shipping papers  ☐ Driver
- Carrier Identification Numbers, GVWR, Axles
- US DOT #: **448797**  ICC #: ___
- State: **OK**  State#: **9892FM**  IFTA#: ___
- Axles on Vehicle Including Trailers: **5**
- FEI#: ___  Fleet#: ___
- Gross Vehicle Weight Rating: **80000.00**

## Persons Table

| Row | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names and Addresses | Towed To/By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | Unit1-Drv1, Ped1, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above  Veh#**1** Towed To/By: **DESTINATION-ON WAY** | **DRIVER** |
| B | 2 | 1 | 1 | Unit2-Drv2, Ped2, etc. see above | W | M | 2 | 1 | 0 | 2 | 1 | 5 | see above  Veh#**2** Towed To/By: **DESTINATION-ON WAY** | **OTHER** |
| C |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| D |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| E |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| F |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| G |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| H |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

- 46 Name of EMS: **A,B NONE**
- 47 Injured Taken by EMS to: **A,B N/A** (Treatment Facility and City or Town)
- 46 Name of EMS: ___
- 47 Injured Taken by EMS to: ___ (Treatment Facility and City or Town)

| 48 POINTS OF INITIAL CONTACT (Write in Codes) | Unit# 1 | 21 |
|---|---|---|
| | Unit# 2 | 18 |

| CRASH SEQUENCE (Unit Level) | Unit# 1 | Unit# 2 |
|---|---|---|
| 49 Vehicle Maneuver/Action | 4 | 5 |
| 50 Non-Motorist Action | | |
| 51 Non-Motorist Location Prior to Impact | | |
| 52 Crash Sequence - First Event for This Unit | 28 | 28 |
| 53 Crash Sequence - Second Event | ---- | ---- |
| 54 Crash Sequence - Third Event | ---- | ---- |
| 55 Crash Sequence - Fourth Event | ---- | ---- |
| 56 Most Harmful Event for This Unit | 28 | 28 |
| 57 Distance/Direction to Object Struck | 0 | 0 |
| 58 Vehicle Underride/Override | 3 | 3 |
| 59 Vehicle Defects | 0 | 0 |

| VEHICLE INFO. | Veh # 1 | Veh # 2 |
|---|---|---|
| 60 Authorized Speed Limit | 45 | 45 |
| 61 Estimate of Original Traveling Speed | 25 | 30 |
| 62 Estimate of Speed at Impact | 25 | 30 |
| 63 Tire Impressions Before Impact (ft.) | | |
| 64 Distance Traveled After Impact (ft.) | 0 | 0 |
| 65 Emergency Vehicle Use | ---- | ---- |
| 66 Post Crash Fire (if "Yes" check block) | ☐ | ☐ |
| 67 School Bus - Contact Vehicle | ☐ | ☐ |
| 68 School Bus - Noncontact Vehicle | ☐ | ☐ |

COMMERCIAL VEHICLE: Hazardous Materials Involvement
Haz Mat Placard ☐ Yes ☒ No    From Placard indicate:
Hazardous Cargo ☐ Yes ☒ No    4-digit placard number or name from diamond or box    1-digit number from bottom of diamond
Released (does not include fuel from fuel tank)
Carrying Haz Mat ☐ Yes ☒ No

| ROADWAY INFO. | |
|---|---|
| 69 Road Feature | 17 |
| 70 Road Character | 3 |
| 71 Road Classification | 5 |
| 72 Road Surface Type | 4 |
| 73 Road Configuration | 4 |
| 74 Access Control | 1 |
| 75 Number of Lanes | 10 |
| 76 Traffic Control Type | 3 |
| 77 Traffic Control Oper | 1 |

| WORK ZONE RELATED | |
|---|---|
| 78 Workzone Area | 5 |
| 79 Work Activity | |
| 80 Work Area Marked | |
| 81 Crash Location | |

| TRAILER INFO. | Unit# 1 | Unit# 2 |
|---|---|---|
| 82 Trailer Type | 10 | |
| 1st Trailer No. Axles | 2 | 0 |
| Width (inches) | 102.0 | 0.00 |
| Length (feet) | 45.00 | 0.00 |
| 2nd Trailer No. Axles | 0 | 0 |
| Width (inches) | 0.00 | 0.00 |
| Length (feet) | 0.00 | 0.00 |
| 83 Unit# ____ Overwidth Trailer and Overwidth Mobile Home | Overwidth Permit # | |

84 DIAGRAM

Indicate North

[Diagram showing I-40W on ramp, W Wendover Av, I-40W off ramp with vehicles at intersection. Drawing Not To Scale]

Unit# 1 was: ☒ Traveling  ☐ Parked Facing  ☒ N ☐ S ☒ E ☐ W  on WENDOVER AV
Unit# 2 was: ☒ Traveling  ☐ Parked Facing  ☒ N ☐ S ☒ E ☐ W  on WENDOVER AV

85 NARRATIVE (Include pertinent and unusual aspects, which are not listed elsewhere on the form)

Vehicle #2 was in the outside right turn lane from I-40W onto W Wendover Av.
Vehicle #1 was in the inside right turn lane from I-40W onto W Wendover Av.
Vehicles 1 and 2 were making the right turn onto W Wendover Av.
Vehicle #2 turned onto the outside travel lane of W Wendover Av.
Vehicle #1 turned onto the #2 and #3 travel lanes of W Wendover Av.
Vehicle #1 had to turn wide due to being a tractor trailer.
Vehicle #1 was completing his turn into the #3 travel lane.
Vehicle #2 attempted to merge into the #3 travel lane due to traffic.
Vehicle #2 crashed into vehicle #1.

[04/30/2016 15:30, RASECKEE, 329]

ADDITIONAL PROPERTY DAMAGE
86 Type/Owner _____    Owner Address _____    Phone _____    State Property? ☐    Estimated Damage $ _____

WITNESSES
Name _____  Address _____  Phone No. ( ____ ) _____
Name _____  Address _____  Phone No. ( ____ ) _____

TRAFFIC VIOLATION(S)
Name _____  Charge(s) _____
         (Citation # optional)
Name _____  Charge(s) _____

| Officer Name | Officer Number | Department | Date of Report |
|---|---|---|---|
| P3 RASECKE, E. H. | P5099 | 0410200 | 04/30/2016 |

